IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. GIANSANTE, | Civil Action No. 2:17-cv-01307-MPK |
| Plaintiff, | |
| v. | Magistrate Judge Maureen P. Kelly |
| PITTSBURGH PUBLIC SCHOOLS, | |
| Defendant. | JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

Plaintiff, Joseph A. Giansante, through undersigned counsel, files Plaintiff's Response to Defendant's Motion for Certification of Interlocutory Appeal.

Plaintiff does not oppose Defendant's Motion for Certification of Interlocutory Appeal.

Respectfully submitted:

*/s/ Colleen Ramage Johnston*
Colleen Ramage Johnston
PA I.D. No. 64413

Nikki Velisaris Lykos
PA I.D. No. 204813

Johnston Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA  15219
(412) 325-7700

Attorneys for Plaintiff