UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 19, 2019
CCO-096

No. 19-8028

Joseph A. Giansante
v.

Pittsburgh Public Schools,
Petitioner

(W.D. Pa. No. 2-17-cv-01307)

Present: CHAGARES, RESTREPO and SCIRICA, Circuit Judges

1. Petition for Permission to Appeal under 28. U.S.C. Section 1292(b) the order entered June 10, 2019 amended by a July 2, 2019 order.

2. Response to Petition for Permission to Appeal under 28. U.S.C. Section 1292(b) the order entered June 10, 2019 amended by a July 2, 2019 order.

Respectfully,
Clerk/sb

ORDER

The foregoing motion is hereby denied.

By the Court,

s/Michael A. Chagares
Circuit Judge

Dated: November 15, 2019
Tmm/cc: Colleen R. Johnston, Esq.
Brian P. Gabriel, Esq.
Paul N. Lalley, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk